1

2

3

4

5

6

7

8                    United States District Court

9                   Eastern District of California

10

11

12  Mujahid Ibn Burney, III,

13          Plaintiff,                No. Civ. S 05-1849 FCD PAN P

14      vs.                           Order

15  Jean Woodford, et al.,

16          Defendants.

17                              -oOo-

18      Plaintiff is a state prisoner without counsel seeking to

19  commence a civil rights action.  This proceeding was referred to

20  this court by Local Rule 72-302 pursuant to 28 U.S.C.

21  § 636(b)(1).

22      Plaintiff requests leave to proceed in forma pauperis

23  pursuant to 28 U.S.C. § 1915 and has submitted a declaration that

24  makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff is

25  required to pay the statutory filing fee of $250 for this action.

26  28 U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff is obligated for

1  monthly payments of 20 percent of the preceding month's income

2  credited to plaintiff's prison trust account.  These payments

3  will be forwarded by the appropriate agency to the Clerk of the

4  Court each time the amount in plaintiff's account exceeds $10,

5  until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

6      The complaint states cognizable claims for relief against

7  defendants Woodford, Kernan, Gant and Haythorne pursuant to 42

8  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

9      Accordingly, the court hereby orders that:

10     1.  Plaintiff's request for leave to proceed in forma

11  pauperis is granted.

12     2.  Plaintiff is obligated to pay the statutory filing fee

13  of $250 for this action.  The fee shall be collected in

14  accordance with this court's notice to the Director of the

15  California Department of Corrections filed concurrently herewith.

16     3.  Service is appropriate for defendants Woodford, Kernan,

17  Gant and Haythorne.

18     4.  The Clerk of the Court shall send plaintiff four USM-285

19  forms, one summons, an instruction sheet and one copy of the

20  September 14, 2005, pleading.

21     5.  Within 30 days from service of this order, plaintiff

22  shall complete the attached Notice of Submission of Documents and

23  submit it to the court with the completed summons and USM-285

24  forms and five copies of the September 14, 2005, pleading.

25     6.  Upon receipt of the necessary materials, the court will

26  direct the United States Marshal to serve defendants Woodford,

Kernan, Gant and Haythorne pursuant to Federal Rule of Civil
Procedure 4 without payment of costs.

    Dated:  December 27, 2005.

                                     /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

1

2

3

4

5

6

7

8                    United States District Court

9                   Eastern District of California

10

11

12  Mujahid Ibn Burney, III,

13           Plaintiff,          No. Civ. S 05-1849 FCD PAN P

14      vs.                      Notice of Submission of Documents

15  Jean Woodford, et al.,

16           Defendants.

17                              -oOo-

18      Plaintiff hereby submits the following documents in

19  compliance with the court's order filed _____:

20              ____ completed summons form

21              ____ completed forms USM-285

22              ____ copies of the _____
                                   Complaint
23

24  Dated: _____

25              _____
                                   Plaintiff
26