IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAHID IBN BURNEY III,**<br><br>                              Plaintiff,<br><br>v.<br><br>**JEAN WOODFORD, et al.,**<br><br>                              Defendants. | CASE NO. 2:05-cv-1849-FCD-PAN-P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Court, having considered Defendants' first request for an extension of time to respond to plaintiff's complaint, and good cause having been found,

**IT IS ORDERED** that Defendants shall be granted 30 days from the date of service of this order to complete and serve their initial response to plaintiff's complaint.

DATED: April 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/burn1849.ext

Proposed Order Granting Defendants' First Request for Extension of Time to Respond to Complaint

1