IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUJAHID IBN BURNEY III,

    Plaintiff,                    No. CIV S-05-1849 FCD PAN P

    vs.

JEAN WOODFORD, et al.,

    Defendants.             <u>ORDER</u>

                               /

        Defendants have filed a second request for an extension of time to file and serve an answer to plaintiff's complaint. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Defendants' May 9, 2006 request for an extension of time is granted; and

        2. Defendants are granted forty-five days from the date of this order in which to file and serve an answer to plaintiff's complaint. No further extensions of time will be granted.

DATED: May 25, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp;burn1849.36sec