IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUJAHID IBN BURNEY, III,

    Plaintiff,                   No. CIV S-05-1849 FCD PAN P

    vs.

JEAN WOODFORD, et al.,

    Defendants.             <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' June 27, 2006 motion to dismiss pursuant to the court's order of August 21, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 21, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' June 27, 2006 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: September 25, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

14/mp
burn1849.36