IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAHID IBN BURNEY III,**<br><br>                                    Plaintiff,<br><br>    v.<br><br>**JEAN WOODFORD, et al.,**<br><br>                                    Defendants. | CASE NO. 2:05-cv-1849-FCD-EFB-P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

The Court, having considered Defendants' first request for an extension of time to respond to file a dispositive motion, and good cause having been found,

**IT IS ORDERED** that Defendants are granted until January 11, 2008 to file a dispositive motion.

DATED:  December 3, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE