IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUHAHID IBN BURNEY III,** | CASE NO. 2:05-cv-1849-FCD-EFB-P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **JEAN WOODFORD, et al.,** | |
| Defendants. | |

   Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 24, 2008, defendants moved for a second extension of time in which to file a dispositive motion.

   Good cause appearing, **IT IS HEREBY ORDERED** that defendants' January 24, 2008, request for a second extension of time is granted.  Defendants have to and including February 11, 2008, to file a dispositive motion.  As this is the second extension of the deadline set in the court's scheduling order, the court does not intend to grant any further extensions.

DATED: January 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE