IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUHAHID IBN BURNEY III,

    Plaintiff,                        No. CIV S-05-1849 FCD EFB P

    vs.

JEAN WOODFORD, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 11, 2008, defendants moved for summary judgment. When plaintiff failed to timely file a response, the court issued an order directing plaintiff to file an opposition or statement of no opposition within 20 days. In response, plaintiff has requested an extension of time to file and serve an opposition to defendants' February 11, 2008 motion. *See* Fed. R. Civ. P. 6(b). As almost four months have passed since defendants filed their motion for summary judgment and plaintiff has done nothing in the interim to prosecute this case, the court will grant plaintiff's request but does not intend to grant any further extension of time.

////

////

////

1

1  Accordingly, plaintiff's May 2, 2008, request is granted and plaintiff has 45 days from
2  the date this order is served to file and serve an opposition to defendants' February 11, 2008,
3  motion for summary judgment.
4  So ordered.
5  DATED: June 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE