IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUJAHID IBN BURNEY III,

    Plaintiff,                    No. CIV S-05-1849 FCD EFB P

    vs.

JEAN WOODFORD, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 26, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations. Instead, on March 12, 2009, defendants filed a response to the findings and recommendations, indicating that "[t]he current Secretary of the California Department of Corrections and Rehabilitation (CDCR) is no longer Defendant Tilton, but is now Matthew Cate," and requesting "that the Court substitute Secretary Cate for former Secretary Tilton." Therefore, pursuant to Federal Rule of Civil Procedure 25(d),

1

Matthew Cate is substituted in this action for defendant Tilton (who was substituted for defendant Woodford in the findings and recommendations). *See Nelson v. Heiss*, 271 F.3d 891, 897 n.8 (9th Cir. 2001).

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. Matthew Cate is substituted in this action, in his official capacity, in the place of defendant Tilton;

2. The Clerk is directed to modify the court's docket of this case to show that CDCR Secretary Matthew Cate has been substituted in as a defendant in his official capacity;

3. The findings and recommendations filed February 26, 2009, are adopted in full;

4. Defendants Grant, Hawthorne, and Kernan's motion for summary judgment is granted and judgment is entered in their favor;

5. Defendant Woodford's (now Cate's) motion for summary judgment on plaintiff's damages claim is granted; and

6. Defendant Woodford's (now Cate's) motion for summary judgment on plaintiff's injunctive relief claim is denied.

DATED: March 24, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE