IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUJAHID IBN BURNEY, III,

      Plaintiff,                        No. CIV S-05-1849 FCD EFB P

      vs.

JEAN WOODFORD, et al.,          ORDER

      Defendants.
_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Having considered the parties' stipulation for an order staying this action pending mediation, and good cause appearing, IT IS ORDERED that:

     1. The January 5, 2010 order directing the filing of pretrial statements is vacated;

     2. This action shall be stayed for 120 days from the date of this order to enable the parties to mediate this case;

     3. The Clerk is directed to administratively terminate the case pending the briefing in paragraph 4; and

////

////

////

1

1  4. At the end of the 120 days, the parties shall, within 10 days thereafter, either request
2 that the court lift the stay because the parties did not settle, or alternatively, notify the court that
3 the case has settled.

4 Dated: March 10, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE