1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MUJAHID IBN BURNEY, III,

11             Plaintiff,                    No. CIV S-05-1849 KJM EFB P

12        vs.

13   JEAN WOODFORD, et al.,

14             Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights

17   action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

18   Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On October 8, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Neither

22   party has filed objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   ////

1

1      1.  The findings and recommendations filed October 8, 2010,  are adopted in full;

2      2.  This action is dismissed as moot; and

3      3.  The Clerk is directed to close the case.

4  DATED:  March 22, 2011.

5

6                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26